IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**TIMOTHY XAVIER FIELDS**                                            **PLAINTIFF**

v.                      **No: 2:17-cv-00214 JLH**

**JIMMY WILLIAMS,** *et al.*                                      **DEFENDANTS**

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied.

DATED this 23rd day of March, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE